IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC C. BURGIE                                                                                                    PLAINTIFF

v.                                                    Civil No. 6:21-cv-06013

JEANNIE PIKE, Garland County Circuit                                                             DEFENDANTS
Clerk; and JOHN HOMER WRIGHT,
Garland County Circuit Judge

**ORDER**

Now before the Court is the Report and Recommendation filed February 9, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*. For purposes of pre-service screening, Judge Ford found that Plaintiff's application to proceed *in forma pauperis* ("IFP") (ECF No. 2) should be denied. Additionally, Judge Ford recommended that if Plaintiff wishes to continue his case, he should be ordered to pay the $350 filing fee and $52 administration fee, for a total of $402, within 30 days of the Court's order denying the application to proceed IFP.

Plaintiff filed his objections to the Report and Recommendation on February 26, 2021. (ECF No. 7). Plaintiff's objections do not raise any new points of fact or law. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby **ORDERED** that Plaintiff's application to proceed IFP (ECF No. 2) is **DENIED**. It is further ordered that Plaintiff pay the $350 filing fee and $52 administration fee, for a total of $402, within 30 days of the Court's order.

The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an IFP appeal would not be taken in good faith.

**IT IS SO ORDERED** this 9th day of April 2021.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE