IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC C. BURGIE                                                                                         PLAINTIFF

v.                                          Civil No. 6:21-cv-06013

JEANNIE PIKE, Garland County Circuit
Clerk; and JOHN HOMER WRIGHT,
Garland County Circuit Judge                                                                  DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed May 10, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*. Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. *Id.*

No party has filed objections to the Report and Recommendation, and the time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 1st day of June 2021.

.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE